## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES DOUGLAS LEWIS, JR.** ) <br> **AIS #00302892,** ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **CYNTHIA STEWART,** ) <br> Respondent. ) | **CIVIL ACTION NO. 15-00273-CB-N** |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner James Douglas Lewis, Jr., that this action under 28 U.S.C. § 2241 is **DISMISSED with prejudice**, and that Lewis is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 7th day of July, 2016.

/s/Charles R. Butler, Jr.
**SENIOR UNITED STATES DISTRICT JUDGE**